**EXHIBIT A**

# Re: In re: Manchanda Law Office PLLC (23-11805) [DRAFT]

Manchanda Law Office PLLC <info@manchanda-law.com>

Fri 12/29/2023 12:32 PM

To:Robert Guttmann <RGuttmann@zeklaw.com>

Cc:sl@lhmlawfirm.com <sl@lhmlawfirm.com>;Michael S. Davis <MDavis@zeklaw.com>;12127530396@efaxsend.com <12127530396@efaxsend.com>;Ashley Slot <Ashley@l2ins.com>;Justin Norcross <Justin@l2ins.com>;Tracy Tyson <Tracy@l2ins.com>;Brady LaMaire <Brady@l2ins.com>

Mr Guttmann:

Don't threaten me.

The contempt motion is due to your terminating our insurance policy, trying to collect a debt turned over to the bankruptcy trustee/estate, threats, harassment, and pre-petition debt collections activity, more than sufficient to justify a violation of 111 U.S.C. 362.

And if you ask for sanctions, we will also request Rule 11 sanctions for clearly frivolous vexatious litigation on your end.

Finally your law firm has been cc'ed on every communication with our broker Ashley Slot, as recently as 5 minutes ago, who is again cc'ed herein.

We will not pay $11,000 plus for tail ERP with retroactive date 2016, but rather $2-3000 maximum.

Failing that we will just see you in court.

Thanks,

Kind regards,

--
Rahul D. Manchanda, Esq.
Manchanda Law Office And Associates PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: https://manchanda-law.com/attorney-profiles/

Ranked amongst Top Immigration Attorneys in the United States by Newsweek Magazine in 2012 and Top Attorneys Nationwide in 2013.

Martindale Hubbell Client Champion 2017 Silver Award Winner, 2020 Gold Award Winner, 2020 Platinum Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York State.

Best Family Lawyers and Best Immigration Lawyers in New York City in 2022 as published on Expertise.com

U.S. News and World Report Listed Lawyer.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: https://manchanda-law.com/testimonials/

This electronic transmission is both personal and confidential, and contains privileged information intended only for the use of the individual or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination or copying of this transmission is strictly prohibited. If there are any problems with this transmission, or you have received it in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service. Attention: All foreign nationals (permanent residents and children included) are required to report any change in address within ten (10) days to the USCIS using Form AR-11. Foreign nationals must report address changes to the USCIS by completing this form and sending it to the USCIS. The form can be obtained from the USCIS website at: https://www.uscis.gov/ar-11. Please also notify our office of your new address.

Make An Online Legal Fee Payment via PayPal (info@manchanda-law.com), Zelle (info@manchanda-law.com), wire transfer, check, cash, Google Pay (info@manchanda-law.com), ApplePay (6466450993) or CashApp ($RDM10005)

On Dec 29, 2023, at 12:21 PM, Robert Guttmann <RGuttmann@zeklaw.com> wrote:

Dear Attorney Manchanda,

I write in connection with the Motion for Contempt (the "Motion") filed against, *inter alia*, both my firm and my firm's client, IPFS Corp. This email is in furtherance of the message I left with your office this morning.

Please be advised that a filed Motion to Lift Stay does not and cannot constitute a violation of the automatic stay. Thus *your* Motion is palpably improper and violates FRBP 9011. We demand that you withdraw the Motion at once. **To the extent such withdrawal is not made expeditiously, we intend to move for sanctions under 9011.**

Your motion alleges that discussions took place between you and your firm's insurance broker to obtain tail coverage of the policy financed by IPFS. Please provide the contact information for said broker and authority for IPFS, and/or its counsel, to communicate with said broker. Please be advised that any negotiated resolution to IPF's Motion to Lift Stay will necessarily include the cure of the secured premium finance loan amounts in arrear as well as adequate assurance payments as detailed in said motion.

Be Guided Accordingly,

**Robert Guttmann, Esq.**
*Of Counsel*



730 Third Avenue
New York, New York 10017
Tel. (212) 826-5322
Fax (212) 753-0396
Cell (917) 685-4255
rguttmann@zeklaw.com

ZEICHNER ELLMAN & KRAUSE LLP
www.zeklaw.com
NEW YORK | CONNECTICUT | NEW JERSEY | WASHINGTON, D.C. | TEL AVIV

This transmission may contain sensitive and/or privileged information. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, kindly contact the sender to arrange retrieval. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

ZEK operates in Israel as Zeichner Ellman & Krause P.C.

**CAUTION:** This email originated from outside ZEK's Email System. DO NOT CLICK on any links or open attachments unless you recognize the sender and know the content is safe.