UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                          :
                                                :     Chapter 11
MANCHANDA LAW OFFICE PLLC,                      :
                                                :     Case No. 23-11805 (shl)
                                                :
                        Debtor.                 :
------------------------------------------------------------x

## ORDER

Upon the motion of Rahul Manchanda, Esq., on behalf of Manchanda Law Office PLLC (the "Debtor") against Hon. Steven Mostofsky, Hon. Rachel Adams, Karen Sager Goldberg, Edwin Williams and Robert Ugelow (collectively the "Respondents") for an Order of civil and/or criminal contempt based upon alleged violations of the automatic stay, 11 U.S.C. § 362 (Docket Entry #12) (the "Motion"), and having reviewed the Opposition of Hon. Steven Mostofsky and Hon. Rachel Adams (Docket Entry #16), the Opposition of Karen Sager Goldberg (Docket Entry #17), the Opposition of Robert Ugelow (Docket Entry #23), the Replies of the Debtor (Docket Entries ## 18, 22, 24), and a hearing having been conducted by the Court on the Motion on January 10, 2024 (the "Hearing"), and upon the record of the Hearing, the transcript of which is incorporated by reference herein, and no further or additional notice is required and after due consideration of all of the facts and circumstances herein, it is hereby

**ORDERED**, that, for the reasons stated on the record at the Hearing, the Motion of the Debtor for an Order of Civil and/or Criminal Contempt against the Respondents is hereby DENIED; and it is further

1

**ORDERED**, that, as also set forth on the record at the Hearing, the Chapter 7 Trustee will prepare an additional order setting forth the procedure for the turnover of documents from the Estate to the parties in the matter of *Rosita G. Williams v. Edwin S. Williams*, Index No. 551684/2020 (Supreme Court, Kings County), and any other matters.

Dated: April 12, 2024

*/s/ Sean H. Lane*
United States Bankruptcy Judge