UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

FILED
.S. BANKRUPTCY COURT

2024 AUG -6 P 1:00

S.D. OF N.Y.

)
)
)
)
IN THE MATTERS OF ) INDEX NOS. 23-22095, 23-11805
)
)
RAHUL MANCHANDA, ) NOTICE OF MOTION OF CONTEMPT OF
MANCHANDA LAW OFFICE PLLC ) COURT AGAINST KINGS COUNTY CIVIL
) COURT JUDGE PAMELA FYNES, SAKOE
) JAJA, ARBITRATOR BARRY CLARKE, &
------------------------------------X TRUSTEE SALVATORE LAMONICA

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Rahul Manchanda duly affirmed the 6th day of August 2024, the annexed Memorandum of Law and Exhibits, and all the Pleadings and Proceedings heretofore had herein, the Undersigned will move this Honorable Court at US SDNY Bankruptcy Court, 300 Quarropas Street White Plains, NY 10601-4150 on August 15, 2024 at 10 AM or at a mutually agreeable time and place for an order holding Kings County Civil Court Judge Pamela Fynes, Sakoe Jaja, Arbitrator Barry Clarke, and Trustee Salvatore Lamonica in Civil and Criminal Contempt of Court pursuant to U.S. Federal Bankruptcy Law for willful violations of the Stay pursuant to 111 U.S.C. § 362, and the following:

1. On the grounds that as per the attached, even though these people know that a Stay exists, but anyway they still continues to willfully fail to comply with this Honorable Bankruptcy Court through the Automatic Stay pursuant to 111 U.S.C. § 362 and Protection of this Honorable Court by continuing to engage in court proceedings in her lower court case, issuing orders and judgments when no one is present or litigating, all the while threatening, harassing, intimidating, litigating, ordering, collecting, and otherwise violating federal the bankruptcy protection and the stay and the orders of this federal court;

2. On the ground that even though they repeatedly received written and electronic Notice of Chapter 7 Bankruptcy Filings for cases 23-22095 and 23-11805, they continue to engage in threatening, harassing, intimidating, litigating, ordering, collecting, and otherwise violating federal bankruptcy protection and the stay;

3. On the grounds that nothing less than sanctions, penalties, fines, and incarceration will persuade them to comply with this Honorable Court's Automatic Stay and Protection from continuing to engage in threatening, harassing, intimidating, litigating, ordering, collecting, and otherwise violating federal bankruptcy protection and the stay;

4.    On the grounds that if they are not forced to comply with this Honorable Court's Automatic Stay and Protection from continuing to engage in threatening, harassing, intimidating, litigating, ordering, collecting, and otherwise violating federal bankruptcy protection and the stay, then they will have reduced federal bankruptcy protection to a shambles;

5.    On the grounds that their willful and intentional noncompliance with the Automatic Stay and Protection prohibiting their continuing to engage in threatening, harassing, intimidating, litigating, ordering, collecting, and otherwise violating federal bankruptcy protection and the stay, and otherwise aggressive disregard for federal bankruptcy protection of this Honorable Court they will have defeated, impaired, impeded and prejudiced Debtor's rights;

6.    And for such other further relief as this Honorable Court deems just and proper, including contempt, costs, penalties, fines, incarceration, and sanctions against them for willful violations of U.S. Federal Bankruptcy Law, willful violations of the Stay pursuant to 111 U.S.C. § 362, and in light of the information contained herein.


**Dated:**   August 6, 2024
             New York, NY

_____
Rahul Manchanda, Esq.
Manchanda Law Office PLLC
270 Victory Boulevard
New Rochelle, New York 10804
Tel: (212) 968-8600
Fax: (212) 968-8601


To:   Kings County Civil Court Judge Pamela Fynes and Arbitrator Barry Clarke located at 141 Livingston Street Brooklyn New York 11201, Sakoe Jaja located at 677 Essex Street Brooklyn New York 11208, Trustee Salvatore Lamonica located at 3305 Jerusalem Avenue, Wantagh, New York 11793

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
                                  )
                                  )
                                  )
**IN THE MATTER OF**               )          **INDEX NOS. 23-22095, 23-11805**
                                  )
                                  )
**RAHUL MANCHANDA,**               )          **AFFIRMATION IN SUPPORT OF**
**MANCHANDA LAW OFFICE PLLC**      )          **MOTION FOR CONTEMPT**
                                  )
                                  )
----------------------------------X

**STATE OF NEW YORK**        }
                            :ss
**COUNTY OF WESTCHESTER**     }

**RAHUL MANCHANDA,** an Attorney duly licensed to practice law in the State of New York, affirms the following to be true under penalty of perjury:

1.   I make this Affirmation in support of this Motion for Contempt of Court against Kings County Civil Court Judge Pamela Fynes, Sakoe Jaja, Arbitrator Barry Clarke, and Trustee Salvatore Lamonica in all respects based upon my personal knowledge of the facts and experiences I relate herein and based upon information and belief, based on the contents of the file.

2.   On the grounds that as per the attached, even though they knew that a Stay exists, but anyway they still continued to willfully fail to comply with this Honorable Bankruptcy Court through the Automatic Stay pursuant to 111 U.S.C. § 362 and Protection of this Honorable Court by continuing to engage in proceeding in their lower court case, issuing orders and judgments when no one is present or litigating, all the while threatening, harassing, intimidating, litigating, ordering, collecting, and otherwise violating the federal bankruptcy protection and the stay and the orders of this federal court;

3.   On the ground that even though they repeatedly received written and electronic Notice of Chapter 7 Bankruptcy Filings for cases 23-22095 and 23-11805, they continue to engage in threatening, harassing, intimidating, litigating, ordering, collecting, and otherwise violating federal bankruptcy protection and the stay;

4.   On the grounds that nothing less than sanctions, penalties, fines, and incarceration will persuade them to comply with this Honorable Court's Automatic Stay and Protection from continuing to engage in threatening, harassing, intimidating, litigating, ordering,

collecting, and otherwise violating federal bankruptcy protection and the stay;

5.  On the grounds that if they are not forced to comply with this Honorable Court's Automatic Stay and Protection from continuing to engage in threatening, harassing, intimidating, litigating, ordering, collecting, and otherwise violating federal bankruptcy protection and the stay, then they will have reduced federal bankruptcy protection to a shambles;

6.  On the grounds that their willful and intentional noncompliance with the Automatic Stay and Protection prohibiting their continuing to engage in threatening, harassing, intimidating, litigating, ordering, collecting, and otherwise violating federal bankruptcy protection and the stay, and otherwise aggressive disregard for federal bankruptcy protection of this Honorable Court they will have defeated, impaired, impeded and prejudiced Debtor's rights;

7.  And for such other further relief as this Honorable Court deems just and proper, including contempt, costs, penalties, fines, incarceration, and sanctions against them for willful violations of U.S. Federal Bankruptcy Law, willful violations of the Stay pursuant to 111 U.S.C. § 362, and in light of the information contained herein;

**WHEREFORE**, it is respectfully requested that this Motion be granted in all respects together with such other and further relief as this Honorable Court deems to be just and proper, including contempt, costs, penalties, fines, incarceration, and sanctions against Defendants for violation of U.S. Federal Bankruptcy Law, willful violations of the Stay pursuant to 111 U.S.C. § 362, and in light of the information contained herein.


**Dated:**   August 6, 2024                    _____
             New York, NY                            Rahul Manchanda

## CERTIFICATE OF SERVICE

On August 6, 2024, I, Rahul Manchanda, served a copy of this Motion for Contempt of Court and any attached pages to Kings County Civil Court Judge Pamela Fynes and Arbitrator Barry Clarke located at 141 Livingston Street Brooklyn New York 11201, Sakoe Jaja located at 677 Essex Street Brooklyn New York 11208, Trustee Salvatore Lamonica located at 3305 Jerusalem Avenue, Wantagh, New York 11793 via Electronic and U.S. Mail, and Facsimile.


_____
By: Rahul Manchanda, Esq.
Manchanda Law Office PLLC
270 Victory Boulevard
New Rochelle, New York 10804
Tel: (212) 968-8600
Fax: (212) 968-8601

From: Rahul Manchanda, Esq. rdm@manchanda-law.com
Subject: Re: SAKA JOJO DEFAULT JUDGMENT
Date: Aug 5, 2024 at 3:36:59 PM
To: Salvatore LaMonica sl@lhmlawfirm.com
Cc: Law Office Manager Sylwia Manchanda
sylwia.manchanda@manchanda-law.com, FBI IC ny1@ic.fbi.gov,
newyork@fbi.gov, cjc@cjc.ny.gov, 15182991757@efaxsend.com,
MediationCivil@nycourts.gov, USTP.Region02@usdoj.gov,
ustrustee.program@usdoj.gov
Bcc: Rahul Manchanda, Esq. rdm@manchanda-law.com

Mr Lamonica:

What does it mean "address this today?"

How many times do we have to notify you about these impending default
judgments?

Now your email says this:

 **3:33**  **5G+ 51**

< 3

Found in Rahul Manchanda, Esq. Inbox

 **Salvatore LaMonica**                    11:49 AM
To: Principal Attorney Rahul Manchanda, E...
>

# Automatic reply: United States v.
# Manchanda, 24-7010 (SHL)

I will be out of the office with limited access to emails <u>from August 5 to August 12.</u>    I will be in the office the morning  of <u>August 12,</u>, 2024.   If you need immediate assistance please call my partner Gary Herbst at <u>516-826-6500</u>



Kind regards,

--

Rahul D. Manchanda, Esq.
Manchanda Law Office And Associates PLLC

Manhattan NYC Office
250 Park Avenue, 7th Floor
New York, NY 10177

Westchester NY Office
173 Huguenot Street, Suite 200
New Rochelle, NY 10801

Tel: (212) 968-8600

Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: https://manchanda-law.com/attorney-profiles/

Ranked amongst Top Immigration Attorneys in the United States by Newsweek
Magazine in 2012 and Top Attorneys Nationwide in 2013.

Martindale Hubbell Client Champion 2017 Silver Award Winner, 2020 Gold Award
Winner, 2020 Platinum Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York State.

Best Family Lawyers and Best Immigration Lawyers in New York City in 2022 as
published on Expertise.com

U.S. News and World Report Listed Lawyer.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: https://manchanda-law.com/testimonials/

This electronic transmission is both personal and confidential, and contains
privileged information intended only for the use of the individual or entity named
above. If the reader is not the intended recipient, you are hereby notified that any
dissemination or copying of this transmission is strictly prohibited. If there are any

problems with this transmission, or you have received it in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service. Attention: All foreign nationals (permanent residents and children included) are required to report any change in address within ten (10) days to the USCIS using Form AR-11. Foreign nationals must report address changes to the USCIS by completing this form and sending it to the USCIS. The form can be obtained from the USCIS website at: https://www.uscis.gov/ar-11. Please also notify our office of your new address.

Make An Online Legal Fee Payment via https://pay.paysley.com/pos_link/deFpBu7Sv5oqk1gZhB9cQi59Yj, wire transfer, check, cash, Google Pay (info@manchanda-law.com), ApplePay (6466450993)


On Aug 5, 2024, at 7:53 AM, Salvatore LaMonica <sl@lhmlawfirm.com> wrote:

Good morning I will have my office address this today.

-----Original Message-----
From: Rahul Manchanda, Esq. <rdm@manchanda-law.com>
Sent: Monday, August 5, 2024 7:45 AM
To: Salvatore LaMonica <sl@lhmlawfirm.com>; Law Office Manager Sylwia Manchanda <sylwia.manchanda@manchanda-law.com>; FBI IC <ny1@ic.fbi.gov>; newyork@fbi.gov; cjc@cjc.ny.gov; 15182991757@efaxsend.com; MediationCivil@nycourts.gov
Subject: SAKA JOJO DEFAULT JUDGMENT


EXTERNAL EMAIL - USE CAUTION

Chapter 7 Trustee Salvatore Lamonica:

SDNY Bankruptcy Judge Sean Lane declared that you are the only one who can bring Contempt Motions as he kept denying mine, one after another.

Here attached is a SAKA JOJO DEFAULT JUDGMENT against me that you need to take care of right away, the many notifications that I forwarded to your law office, before he seizes my bank accounts or other property.

Thanks,

cc: NYS Commission on Judicial Conduct

Kind regards,

--
Rahul D. Manchanda, Esq.
Manchanda Law Office And Associates PLLC

Manhattan NYC Office
250 Park Avenue, 7th Floor
New York, NY 10177

Westchester NY Office
173 Huguenot Street
New Rochelle, NY 10801

Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: https://manchanda-law.com/attorney-profiles/

Ranked amongst Top Immigration Attorneys in the United States by Newsweek
Magazine in 2012 and Top Attorneys Nationwide in 2013.

Martindale Hubbell Client Champion 2017 Silver Award Winner, 2020 Gold Award
Winner, 2020 Platinum Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York State.

Best Family Lawyers and Best Immigration Lawyers in New York City in 2022 as
published on Expertise.com

U.S. News and World Report Listed Lawyer.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: https://manchanda-law.com/testimonials/

This electronic transmission is both personal and confidential, and contains
privileged information intended only for the use of the individual or entity named
above. If the reader is not the intended recipient, you are hereby notified that any

dissemination or copying of this transmission is strictly prohibited. If there are any problems with this transmission, or you have received it in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service. Attention: All foreign nationals (permanent residents and children included) are required to report any change in address within ten (10) days to the USCIS using Form AR-11. Foreign nationals must report address changes to the USCIS by completing this form and sending it to the USCIS. The form can be obtained from the USCIS website at: https://www.uscis.gov/ar-11. Please also notify our office of your new address.

Make An Online Legal Fee Payment via https://pay.paysley.com/pos_link/deFpBu7Sv5oqk1gZhB9cQi59Yj, wire transfer, check, cash, Google Pay (info@manchanda-law.com), ApplePay (6466450993)

From: **Rahul Manchanda, Esq.** rdm@manchanda-law.com
Subject: **Fwd: Fwd: Fwd: SAKA JOJO DEFAULT JUDGMENT**
Date: **Aug 5, 2024 at 7:57:20 AM**
To: **ustrustee.program@usdoj.gov, USTP.Region02@usdoj.gov**
Cc: **Law Office Manager Sylwia Manchanda**
    sylwia.manchanda@manchanda-law.com

---

Executive Office for U.S. Trustees
441 G Street, NW Suite 6150
Washington, DC 20530


FYI

Kind regards,

--
Rahul D. Manchanda, Esq.
Manchanda Law Office And Associates PLLC

Manhattan NYC Office
250 Park Avenue, 7th Floor
New York, NY 10177

Westchester NY Office
173 Huguenot Street
New Rochelle, NY 10801

Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: https://manchanda-law.com/attorney-profiles/

Ranked amongst Top Immigration Attorneys in the United States
by Newsweek Magazine in 2012 and Top Attorneys Nationwide in
2013.

Martindale Hubbell Client Champion 2017 Silver Award Winner,
2020 Gold Award Winner, 2020 Platinum Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York
State.

Best Family Lawyers and Best Immigration Lawyers in New York

City in 2022 as published on Expertise.com

U.S. News and World Report Listed Lawyer.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: https://manchanda-law.com/testimonials/

This electronic transmission is both personal and
confidential, and contains privileged information intended
only for the use of the individual or entity named above. If
the reader is not the intended recipient, you are hereby
notified that any dissemination or copying of this
transmission is strictly prohibited. If there are any problems
with this transmission, or you have received it in error,
please immediately notify us by telephone and return the
original transmission to us at the above address via the U.S.
Postal Service. Attention: All foreign nationals (permanent
residents and children included) are required to report any
change in address within ten (10) days to the USCIS using Form
AR-11. Foreign nationals must report address changes to the
USCIS by completing this form and sending it to the USCIS. The
form can be obtained from the USCIS website at: https://
www.uscis.gov/ar-11. Please also notify our office of your new
address.

Make An Online Legal Fee Payment via https://pay.paysley.com/
pos_link/deFpBu7Sv5oqk1gZhB9cQi59Yj, wire transfer, check,
cash, Google Pay (info@manchanda-law.com), ApplePay
(6466450993)


-------- Forwarded Message --------
   **Subject:**Fwd: Fwd: SAKA JOJO DEFAULT JUDGMENT
      **Date:**Mon, 5 Aug 2024 07:51:53 -0400
      **From:**Rahul Manchanda, Esq. <rdm@manchanda-law.com>
   **Reply-To:**rdm@manchanda-law.com
**Organization:**Manchanda Law Office And Associates PLLC
            **To:**cjc@cjc.ny.gov, 15182991757@efaxsend.com, Salvatore LaMonica

<sl@lhmlawfirm.com>, Law Office Manager Sylwia Manchanda
<sylwia.manchanda@manchanda-law.com>


NYS Commission on Judicial Conduct

This is a formal complaint against Brooklyn Civil Court Judge Pamela P. Fynes located at Civil Court of the City of New York, Kings County, 141 Livingston Street, Brooklyn, NY 11201, (347) 404-9286 who was notified countless times about our bankruptcy case(s) attached herein, but went ahead and directed/presided over a default judgment against us anyway.

Please investigate and punish her to fullest extent legally and equitably possible for creating this shit show mess.

Thanks,

Kind regards,

--
Rahul D. Manchanda, Esq.
Manchanda Law Office And Associates PLLC

Manhattan NYC Office
250 Park Avenue, 7th Floor
New York, NY 10177

Westchester NY Office
173 Huguenot Street
New Rochelle, NY 10801

Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: https://manchanda-law.com/attorney-profiles/

Ranked amongst Top Immigration Attorneys in the United States by Newsweek Magazine in 2012 and Top Attorneys Nationwide in 2013.

Martindale Hubbell Client Champion 2017 Silver Award Winner, 2020 Gold Award Winner, 2020 Platinum Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York State.

Best Family Lawyers and Best Immigration Lawyers in New York City in 2022 as published on Expertise.com

U.S. News and World Report Listed Lawyer.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: https://manchanda-law.com/testimonials/

This electronic transmission is both personal and confidential, and contains privileged information intended only for the use of the individual or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination or copying of this transmission is strictly prohibited. If there are any problems with this transmission, or you have received it in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service. Attention: All foreign nationals (permanent residents and children included) are required to report any change in address within ten (10) days to the USCIS using Form AR-11. Foreign nationals must report address changes to the USCIS by completing this form and sending it to the USCIS. The form can be obtained from the USCIS website at: https://www.uscis.gov/ar-11. Please also notify our office of your new address.

Make An Online Legal Fee Payment via https://pay.paysley.com/pos_link/deFpBu7Sv5oqk1gZhB9cQi59Yj, wire transfer, check, cash, Google Pay (info@manchanda-law.com), ApplePay (6466450993)

-------- Forwarded Message --------

**Subject:** Fwd: SAKA JOJO DEFAULT JUDGMENT
**Date:** Mon, 5 Aug 2024 07:47:24 -0400
**From:** Rahul Manchanda, Esq. <rdm@manchanda-law.com>
**Reply-To:** rdm@manchanda-law.com
**Organization:** Manchanda Law Office And Associates PLLC
**To:** 12125147158@efaxsend.com, IG <ig@nycourts.gov>, MIGBM
<migbm@nycourts.gov>, Salvatore LaMonica <sl@lhmlawfirm.com>,
Law Office Manager Sylwia Manchanda
<sylwia.manchanda@manchanda-law.com>

**Inspector General**
Kay-Ann Porter Campbell

**Deputy Inspector General**
Carol Hamm

Office of Court Administration
25 Beaver Street
New York, NY 10004

Phone: 646-386-3500
Fax: 212-514-7158

FYI

Kind regards,

--
Rahul D. Manchanda, Esq.
Manchanda Law Office And Associates PLLC

Manhattan NYC Office
250 Park Avenue, 7th Floor
New York, NY 10177

Westchester NY Office
173 Huguenot Street
New Rochelle, NY 10801

Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: https://manchanda-law.com/attorney-profiles/

Ranked amongst Top Immigration Attorneys in the United States
by Newsweek Magazine in 2012 and Top Attorneys Nationwide in
2013.

Martindale Hubbell Client Champion 2017 Silver Award Winner,
2020 Gold Award Winner, 2020 Platinum Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York
State.

Best Family Lawyers and Best Immigration Lawyers in New York
City in 2022 as published on Expertise.com

U.S. News and World Report Listed Lawyer.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: https://manchanda-law.com/testimonials/

This electronic transmission is both personal and
confidential, and contains privileged information intended
only for the use of the individual or entity named above. If
the reader is not the intended recipient, you are hereby
notified that any dissemination or copying of this
transmission is strictly prohibited. If there are any problems
with this transmission, or you have received it in error,
please immediately notify us by telephone and return the
original transmission to us at the above address via the U.S.
Postal Service. Attention: All foreign nationals (permanent
residents and children included) are required to report any

change in address within ten (10) days to the USCIS using Form
AR-11. Foreign nationals must report address changes to the
USCIS by completing this form and sending it to the USCIS. The
form can be obtained from the USCIS website at: https://
www.uscis.gov/ar-11. Please also notify our office of your new
address.

Make An Online Legal Fee Payment via https://pay.paysley.com/
pos_link/deFpBu7Sv5oqk1gZhB9cQi59Yj, wire transfer, check,
cash, Google Pay (info@manchanda-law.com), ApplePay
(6466450993)

-------- Forwarded Message --------
        **Subject:**SAKA JOJO DEFAULT JUDGMENT
          **Date:**Mon, 5 Aug 2024 07:45:17 -0400
          **From:**Rahul Manchanda, Esq. <rdm@manchanda-law.com>
      **Reply-To:**rdm@manchanda-law.com
**Organization:**Manchanda Law Office And Associates PLLC
            **To:**Salvatore LaMonica <sl@lhmlawfirm.com>, Law Office Manager
              Sylwia Manchanda <sylwia.manchanda@manchanda-law.com>, FBI
              IC <ny1@ic.fbi.gov>, newyork@fbi.gov <newyork@fbi.gov>,
              cjc@cjc.ny.gov, 15182991757@efaxsend.com,
              MediationCivil@nycourts.gov

Chapter 7 Trustee Salvatore Lamonica:

SDNY Bankruptcy Judge Sean Lane declared that you are the only one who can
bring Contempt Motions as he kept denying mine, one after another.

Here attached is a SAKA JOJO DEFAULT JUDGMENT against me that you need to
take care of right away, the many notifications that I forwarded to your law office,
before he seizes my bank accounts or other property.

Thanks,

cc: NYS Commission on Judicial Conduct

Kind regards,

\--
Rahul D. Manchanda, Esq.
Manchanda Law Office And Associates PLLC

Manhattan NYC Office
250 Park Avenue, 7th Floor
New York, NY 10177

Westchester NY Office
173 Huguenot Street
New Rochelle, NY 10801

Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: https://manchanda-law.com/attorney-profiles/

Ranked amongst Top Immigration Attorneys in the United States
by Newsweek Magazine in 2012 and Top Attorneys Nationwide in
2013.

Martindale Hubbell Client Champion 2017 Silver Award Winner,
2020 Gold Award Winner, 2020 Platinum Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York
State.

Best Family Lawyers and Best Immigration Lawyers in New York
City in 2022 as published on Expertise.com

U.S. News and World Report Listed Lawyer.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: https://manchanda-law.com/testimonials/

This electronic transmission is both personal and
confidential, and contains privileged information intended
only for the use of the individual or entity named above. If
the reader is not the intended recipient, you are hereby
notified that any dissemination or copying of this
transmission is strictly prohibited. If there are any problems
with this transmission, or you have received it in error,
please immediately notify us by telephone and return the
original transmission to us at the above address via the U.S.
Postal Service. Attention: All foreign nationals (permanent
residents and children included) are required to report any
change in address within ten (10) days to the USCIS using Form
AR-11. Foreign nationals must report address changes to the
USCIS by completing this form and sending it to the USCIS. The
form can be obtained from the USCIS website at: https://
www.uscis.gov/ar-11. Please also notify our office of your new
address.

Make An Online Legal Fee Payment via https://pay.paysley.com/
pos_link/deFpBu7Sv5oqk1gZhB9cQi59Yj, wire transfer, check,
cash, Google Pay (info@manchanda-law.com), ApplePay
(6466450993)

 **SAKA JOJO DEFAULT JUDGMENT.pdf**
158 KB

 **NOTICE OF BANKRUPTCY CASE NO 23-22095 FILING**
95 KB

Civil Court of the City of New York
County of **Kings**

Index No: SC-000039-23/KI

SAKOE JAJA
     -against-
MANCHANDA LAW OFFICE, PLLC

**NOTICE OF JUDGMENT**

**To:**  MANCHANDA LAW OFFICE, PLLC
      30 WALL STREET
      8TH FLOOR
      New York, NY 10005

**Judgment Entered After Inquest on:** July 23, 2024
**In favor of:** SAKOE JAJA, at 677 ESSEX STREET, Brooklyn, NY 11208
**And against:** MANCHANDA LAW OFFICE, PLLC, at 30 WALL STREET, 8TH FLOOR, New York, NY 10005

| | |
|---|---|
| Judgment Award Amount ... | **$6,000.00** |
| Interest ................................ | **$835.90** |
| Costs ................................... | **$0.00** |
| Disbursements .................... | **$20.00** |
| Total Judgment ................. | **$6,855.90** |

### INFORMATION FOR THE JUDGMENT DEBTOR
(the party against whom a money judgment has been entered)

**YOU HAVE A LEGAL OBLIGATION TO PAY THIS JUDGMENT TO THE JUDGMENT CREDITOR.**
YOU MUST PRESENT PROOF TO THE COURT UPON SATISFACTION OF THE JUDGMENT.

Your failure to pay the judgment may subject you to any one or any combination of the following:
1. Garnishment of wage(s) and/or bank account(s).
2. Lien, seizure and/or sale of real property and/or personal property, including automobile(s).
3. Suspension of motor vehicle registration and/or drivers license, if the underlying claim is based on judgment debtor's ownership or operation of motor vehicle.
4. Revocation, suspension or denial of renewal of any applicable business license or permit.
5. Investigation and prosecution by the State Attorney General for fraudulent or illegal business practices.
6. A penalty equal to three times the amount of the unsatisfied judgment plus attorney's fees, if there are unpaid claims.

If you did not appear in court on the day the Hearing was held, you are a defaulting party. A judgment may have been taken against you even though you were not in court. If that is so, you may come to the court and apply in writing to have the default judgment opened. You must give the judge a reasonable excuse for your failure to appear in court and show that you have a meritorious defense. The judge will review your request and may vacate the default judgment and give you another chance to go to court.

**THE JUDGMENT IS VALID FOR A PERIOD OF 20 YEARS. IF THE JUDGMENT IS NOT COLLECTED
UPON THE FIRST ATTEMPT, FURTHER ATTEMPTS TO COLLECT MAY BE MADE AT A LATER DATE.**

**("INFORMATION FOR THE JUDGMENT CREDITOR" is on the reverse side)**

## INFORMATION FOR THE JUDGMENT CREDITOR
### (the party in whose favor a money judgment award has been entered)

1.  It is suggested that you contact the judgment debtor (the Party who owes you money) either directly or through that party's attorney if the party was represented by an attorney and request payment. You have a right to payment. Upon satisfying the judgment, in accordance with CCA §1811(d), the judgment debtor shall present appropriate proof to the court.

2.  a) If the judgment debtor fails to pay, contact (by phone or in person) either a New York City Marshal or the Sheriff in the county where the judgment debtor has property. If you do not know where the judgment debtor has property, then contact a New York City Marshal or the Sheriff in the county where the judgment debtor *resides*\*.
    b) Be prepared to provide the City Marshal or the Sheriff with the following information:
        1) The SC # of your case, including the year, which appears at the top on the reverse side.
        2) The county in which the case was tried.
        3) Your name, address, and telephone number.
        4) The name and address of the judgment debtor.
        5) The name and address of the judgment debtor's employer and the location of the judgment debtor's real property and/or personal property, including automobile(s). *Information regarding employment or assets of the judgment debtor can be obtained through the use of an Information Subpoena. See 3b.*

3.  A judgment creditor is also entitled:
    a) to the issuance by the Clerk of a Restraining Notice. Proper service of the Restraining Notice will prohibit the receiving party from transferring any assets or interest belonging to the judgment debtor until the Sheriff or Marshal executes (collects) on the judgment.
    b) to the issuance by the Clerk, upon request and a nominal cost, of Information Subpoenas where a judgment remains unsatisfied.
    c) to place a lien against the judgment debtor's real property.

4.  In addition to any other rights, a judgment creditor may also be entitled:
    a) to recover an unpaid judgment through garnishment of wage(s) and/or bank account(s) and/or the sale of the judgment debtor's real property and/or personal property;
    b) to notify the Department of Motor vehicles of the unsatisfied judgment as a basis for the suspension of the judgment debtor's motor vehicle registration and/or driver's license if the underlying claim is based on the debtor's ownership or operation of a motor vehicle;
    c) to notify the appropriate state or local licensing authority of an unsatisfied judgment as a basis for possible revocation, suspension, or denial of renewal of a business license;
    d) to notify the State Attorney General if the judgment debtor is a business and appears to be engaged in fraudulent or illegal business practices; and
    e) to begin an action against the judgment debtor for a penalty equal to three times the amount of the unsatisfied judgment and attorney's fees where the judgment debtor is a business and there are at least two other unsatisfied small claims judgments against that judgment debtor.

**\*To contact a City Marshal:**
Visit https://www1.nyc.gov/site/doi/offices/marshals-list.page

Fold Line

**To contact a County Sheriff:**
Visit http://nysheriffs.org/sheriffs

## APPEAL

An Appeal may only be taken from an Order or a Judgment rendered by a Judge (**not an Arbitrator**), after a Trial.

An Appeal from this judgment must be taken no later than the earliest of the following dates:

(i)    30 days after receipt in court of a copy of the judgment by the appealing party,

(ii)   30 days after personal delivery of a copy of the judgment by another party to the action to the appealing party (or by the appealing party to another party), or

(iii)  35 days after the mailing of a copy of the judgment to the appealing party by the clerk of the court or by another party to the action.

**Calendar Sequence # 8**

(C) SAKOE JAJA
   677 ESSEX STREET, Brooklyn, NY 11208 (718) 500-6667
(D) MANCHANDA LAW OFFICE, PLLC
   30 WALL STREET, 8TH FLOOR, New York, NY 10005 (212) 968-8600

SC-000039-23/KI

Filed: 01/05/2023
Trial Date: 07/09/2024
Prior Appearances: 4
Claim Amount: $10,000.00
Counterclaim Amount:

**Parties Not Served:**   None

**Cause(s) of Action:**   Failure to provide proper services for $10,000.00 with interest from 07/08/2021

**Counterclaim Cause(s) of Action:**

**Calendar Remarks:**   NAD , ADJ FOR CLMNT TO PRINT EVIDENCE

## Decision/Order of Judge

### Based upon:

□ **Motion**   □ **Trial**   □ **Oral Application**

□ **Judgment in favor of Defendant.  Claim Dismissed.  No monetary award.**

JUL 0 9 2024
Date

Hon. Pamela P. Fynes, Civil Court Judge (NYC)

## CONSENT TO ARBITRATION

**WE WERE INFORMED THAT THE *ARBITRATION AWARD IS FINAL* AND THAT *NO APPEAL IS PERMITTED***

Our consent is given to submit this controversy to ___Barry Clarke___, as Arbitrator.

Claimant in person 1 ___Savoe Jnta___          Claimant in person 2 _____

Defendant in person 1 _____          Defendant in person 2 _____

Defendant in person 3 _____          Defendant in person 4 _____

---

### REPORT OF ARBITRATOR ----- REFEREE

After ~~Trial/Inquest.~~ (Circle one) I, the undersigned, **ARBITRATOR** - REFEREE (Circle one) designated by the Court in the above case, having examined the claimants proof, do hereby find and recommend:

**Nature of Claim:**    ☐ Contract    ☐ Negligence    ☐ Other _____

☐ CLAIMANT AND OR DEFENDANT (ON COUNTERCLAIM) SWORN

Exhibits ___Retaner Agreement / Law Firm___

Witnesses _____    Expert _____    Other ___7/8___

☑ Claimant proved prima facie case in the amount of $ __6000__ with Interest from __2021__

☐ Claimant did not prove prima facie case

☑ Claimant and/or claimants witnesses presented credible testimony

☐ Claimant and/or claimants witnesses did not present credible testimony

Explanation,

_Paid the Law Firm to handle deportation with ICE. A claims that law firm took no action on his behalf._

**ENTERED**

Dated: __7.9.24__          JUL 1 8 2024          _Barry Clark_

CIVIL COURT          ☑ Arbitrator  ☐ Referee
KINGS COUNTY

---

### ORDER

The above is approved, and the clerk is directed to enter judgment accordingly.

1 ☐ Judgment in favor of ___Claimant___ in the amount of __$6000.00__ with interest from __1-5-25__ and disbursements of ___fees___    OR

2 ☐ Judgment in favor of Defendant. Claim Dismissed. No monetary award

Dated: __7-9-24__

Hon. Pamela P. Fynes, Civil Court Judge (NYC)

CIV-SC-90 (Revised September 2018)



US POSTAGE
ZIP 11201 $ 000.69⁰
02 4W
0000346918 JUL 25 2024



▶ RECEIVED ◀
JUN 3 0 2024

Civil Court of the City of New York
Small Claims Part, County of Kings
141 Livingston Street
Brooklyn, New York 11201