**MEMORANDUM ENDORSED ORDER:**

The request is granted and the Motions for Contempt (Case No. 23-22095, ECF Nos. 128, 129; Case No. 23-11805, ECF No. 28) are scheduled for hearing on September 12, 2024 at 2:30 p.m.

**So Ordered.**
**Dated: August 20, 2024**
*/s/ Sean H. Lane*
**United States Bankruptcy Judge**



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

| | |
|---|---|
| **LETITIA JAMES**<br>ATTORNEY GENERAL | DIVISION OF STATE COUNSEL<br>LITIGATION BUREAU |

Writer's Direct Dial: (212) 416-8592

August 19, 2024

**ECF & Email**

Honorable Sean H. Lane
United States Bankruptcy Court
 for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601
ork  11722

Re:  **Manchanda Law Office PLLC, 23-22095 (Bankr. SDNY)**
     **Rahul Manchanda, 23-11805 (Bankr. SDNY)**

Dear Judge Lane:

This Office represents New York State Supreme Court Justice Dakota Ramseur, New York City Civil Court Judge Pamela Fynes and Court-Appointed Arbitrator Barry Clarke.  On or about August 6, 2024, the Debtor filed Motions for Contempt against these parties for alleged violations of the automatic stay.  (23-22095, ECF Docket ## 128, 129).  The Court has not yet set a date for a hearing on these Motions.  Given the issuance of Your Honor's Scheduling Order of today's date setting a hearing on pending matters for **September 12, 2024, at 2:30 pm**, we request that these Motions be included on the September 12, 2024 calendar.  Thank you for your consideration of our request.

Respectfully submitted,

/.ss Leo V. Gagion/
Leo V. Gagion
Assistant Attorney General
Telephone: (212) 416-8592