**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
```
-----------------------------------X
                                   )     INDEX NOS. 23-22095, 23-11805
                                   )
                                   )     NOTICE OF MOTION FOR CONTEMPT OF
IN THE MATTERS OF                  )     COURT AGAINST MUFERA FYRUZ, JUDGE
                                   )     CAROLYN WALKER-DIALLO, ACTING
                                   )     CHIEF CLERK TANYA FAYE, TRUSTEE
RAHUL MANCHANDA,                   )     SALVATORE LAMONICA, TRUSTEE GREGORY
MANCHANDA LAW OFFICE PLLC          )     ZIPES, TRUSTEE MARIANNE O'TOOLE
                                   )
                                   )
-----------------------------------X
```

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Rahul Manchanda duly
affirmed the 4th day of December 2024, the annexed Memorandum of Law and
Exhibits, and all the Pleadings and Proceedings heretofore had herein, the
Undersigned will move this Honorable Court at US SDNY Bankruptcy Court, 300
Quarropas Street White Plains, NY 10601-4150 on December 11, 2024 at 9:30
AM or at a mutually agreeable time and place for an order holding Mufera
Fyruz et al in Civil and Criminal Contempt of Court pursuant to U.S. Federal
Bankruptcy Law for willful violations of the Stay pursuant to 111 U.S.C. §
362, and the following:

1.   On the grounds that as per the attached, even though this former law
     firm client knows that a Stay exists, but anyway he still continues to
     willfully fail to comply with this Honorable Bankruptcy Court through
     the Automatic Stay pursuant to 111 U.S.C. § 362 and Protection of this
     Honorable Court by continuing to engage in court proceedings in his
     lower court case, since 2023, while we are constantly and repeatedly
     getting the case dismissed, he does not show up for court, and then he
     re-files and re-appears purely for harassment purposes, emailing and
     texting and calling with various threats, harassment, defamation,
     extortion, blackmail, such that we needed to contact federal, state and
     local law enforcement since 2023, all the while threatening, harassing,
     intimidating, litigating, ordering, collecting, and otherwise violating
     federal the bankruptcy protection and the stay and the orders of this
     federal court;

2.   On the ground that even though he repeatedly received written and
     electronic Notice of Chapter 7 Bankruptcy Filings for cases 23-22095
     and 23-11805, he continues to engage in threatening, harassing,
     intimidating, litigating, ordering, collecting, and otherwise violating
     federal bankruptcy protection and the stay;

3.   On the grounds that nothing less than sanctions, penalties, fines, and
     incarceration will persuade him to comply with this Honorable Court's
     Automatic Stay and Protection from continuing to engage in threatening,

harassing, intimidating, litigating, ordering, collecting, and
otherwise violating federal bankruptcy protection and the stay;

4.   On the grounds that if he is not forced to comply with this Honorable
     Court's Automatic Stay and Protection from continuing to engage in
     threatening, harassing, intimidating, litigating, ordering, collecting,
     and otherwise violating federal bankruptcy protection and the stay,
     then he will have reduced federal bankruptcy protection to a shambles;

5.   On the grounds that his willful and intentional noncompliance with the
     Automatic Stay and Protection prohibiting his continuing to engage in
     threatening, harassing, intimidating, litigating, ordering, collecting,
     and otherwise violating federal bankruptcy protection and the stay, and
     otherwise aggressive disregard for federal bankruptcy protection of
     this Honorable Court he will have defeated, impaired, impeded and
     prejudiced Debtor's rights;

5a.  And with regard to the other co-contemnors, even though we have
     complied with SDNY Bankruptcy Judge Sean Lane's verbal and written
     instructions to first notify these people in writing and/or verbally
     of our intent to seek this court's intervention (attached), especially
     the above named trustees who literally do not even return Debtor's
     countless emails and requests to warn the former client and the
     enabling court personnel, they do nothing, hearing after hearing, until
     now finally it appears that these people have reached the frightening
     "confirm arbitration award" stage in their illegal and unethical court
     proceedings, thus necessitating emergency intervention by Debtor.

6.   And for such other further relief as this Honorable Court deems just
     and proper, including contempt, costs, penalties, fines, incarceration,
     and sanctions against him for willful violations of U.S. Federal
     Bankruptcy Law, willful violations of the Stay pursuant to 111 U.S.C.
     § 362, and in light of the information contained herein.

**Dated:**    December 4, 2024
              New York, NY

              Rahul Manchanda (Pro Se)
              270 Victory Boulevard
              New Rochelle, New York 10804
              Tel: (646) 645-0993


To:  Mufera Fyruz, 1623 Yates Ave, Bronx, NY 10461, Judge Carolyn Walker-
     Diallo and Acting Chief Clerk Tanya Clark, 111 Centre Street, New York
     NY 10013, Trustee Salvatore Lamonica, 3305 Jerusalem Avenue, Wantagh
     NY 11793, Trustee Gregory Zipes, 1 Bowling Green, New York NY 10004,
     Trustee Marianne O'Toole, 2 DEPOT PLZ STE 2E, BEDFORD HILLS, NY
     10507-1849

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
                                    )
                                    )
                                    )
**IN THE MATTER OF**                )      **INDEX NOS. 23-22095, 23-11805**
                                    )
                                    )
**RAHUL MANCHANDA,**                )      **AFFIRMATION IN SUPPORT OF**
**MANCHANDA LAW OFFICE PLLC**       )      **MOTION FOR CONTEMPT**
                                    )
                                    )
------------------------------------X


**STATE OF NEW YORK**        }
                            :ss
**COUNTY OF WESTCHESTER**    }

**RAHUL MANCHANDA** affirms the following to be true under penalty of perjury:

1.  I make this Affirmation in support of this Motion for Contempt of
    Court against Mufera Fyruz *et al* in all respects based upon my
    personal knowledge of the facts and experiences I relate herein and
    based upon information and belief, based on the contents of the file.

2.  On the grounds that as per the attached, even though this former law
    firm client knows that a Stay exists, but anyway he still continues
    to willfully fail to comply with this Honorable Bankruptcy Court
    through the Automatic Stay pursuant to 111 U.S.C. § 362 and Protection
    of this Honorable Court by continuing to engage in court proceedings
    in his lower court case, since 2023, while we are constantly and
    repeatedly getting the case dismissed, he does not show up for court,
    and then he re-files and re-appears purely for harassment purposes,
    emailing and texting and calling with various threats, harassment,
    defamation, extortion, blackmail, such that we needed to contact
    federal, state and local law enforcement since 2023, all the while
    threatening,   harassing,   intimidating,   litigating,   ordering,
    collecting, and otherwise violating federal the bankruptcy protection
    and the stay and the orders of this federal court;

3.  On the ground that even though he repeatedly received written and
    electronic Notice of Chapter 7 Bankruptcy Filings for cases 23-22095
    and 23-11805, he continues to engage in threatening, harassing,
    intimidating,   litigating,   ordering,   collecting,   and   otherwise
    violating federal bankruptcy protection and the stay;

4.  On the grounds that nothing less than sanctions, penalties, fines, and
    incarceration will persuade him to comply with this Honorable Court's

Automatic Stay and Protection from continuing to engage in threatening, harassing, intimidating, litigating, ordering, collecting, and otherwise violating federal bankruptcy protection and the stay;

5.    On the grounds that if he is not forced to comply with this Honorable Court's Automatic Stay and Protection from continuing to engage in threatening, harassing, intimidating, litigating, ordering, collecting, and otherwise violating federal bankruptcy protection and the stay, then he will have reduced federal bankruptcy protection to a shambles;

5a.   And with regard to the other co-contemnors, even though we have complied with SDNY Bankruptcy Judge Sean Lane's verbal and written instructions to first notify these people in writing and/or verbally of our intent to seek this court's intervention (attached), especially the above named trustees who literally do not even return Debtor's countless emails and requests to warn the former client and the enabling court personnel, they do nothing, hearing after hearing, until now finally it appears that these people have reached the frightening "confirm arbitration award" stage in their illegal and unethical court proceedings, thus necessitating emergency intervention by Debtor.

6.    On the grounds that his willful and intentional noncompliance with the Automatic Stay and Protection prohibiting his continuing to engage in threatening, harassing, intimidating, litigating, ordering, collecting, and otherwise violating federal bankruptcy protection and the stay, and otherwise aggressive disregard for federal bankruptcy protection of this Honorable Court he will have defeated, impaired, impeded and prejudiced Debtor's rights;

7.    And for such other further relief as this Honorable Court deems just and proper, including contempt, costs, penalties, fines, incarceration, and sanctions against him for willful violations of U.S. Federal Bankruptcy Law, willful violations of the Stay pursuant to 111 U.S.C. § 362, and in light of the information contained herein.

**WHEREFORE**, it is respectfully requested that this Motion be granted in all respects together with such other and further relief as this Honorable Court deems to be just and proper, including contempt, costs, penalties, fines, incarceration, and sanctions against Defendant for violation of U.S. Federal Bankruptcy Law, willful violations of the Stay pursuant to 111 U.S.C. § 362, and in light of the information contained herein.

**Dated:**   December 4, 2024
New York, NY                          Rahul Manchanda (Pro Se)

## CERTIFICATE OF SERVICE

On December 4, 2024, I, Rahul Manchanda, served a copy of this Motion for Contempt of Court and any attached pages to Mufera Fyruz located at 1623 Yates Ave, Bronx, NY 10461, Judge Carolyn Walker-Diallo and Acting Chief Clerk Tanya Clark located at 111 Centre Street, New York NY 10013, Trustee Salvatore Lamonica located at 3305 Jerusalem Avenue, Wantagh NY 11793, Trustee Gregory Zipes located at 1 Bowling Green, New York NY 10004, and Trustee Marianne O'Toole located at 2 DEPOT PLZ STE 2E, BEDFORD HILLS, NY 10507-1849 via Electronic and/or U.S. Mail and/or Facsimile.

_____
By: Rahul Manchanda (Pro Se)
Manchanda Law Office PLLC
270 Victory Boulevard
New Rochelle, New York 10804
Tel: (646) 645-0993

**MEMORANDUM ENDORSED ORDER:**

**Before the Court is the Debtor's motion for contempt, which alleges that various parties have violated the automatic stay imposed by these bankruptcy cases. The motion attaches, among other things, a notice that reflects that a civil case against Mr. Manchanda is scheduled for a hearing on a motion to confirm an arbitration award against Mr. Manchanda, with that hearing on December 12, 2024 in the Civil Court for the City of New York. In order to determine whether that hearing noticed for December 12, 2024 in Civil Court is a violation of the automatic stay, this Court will hold a hearing by Zoom on <u>December 11, 2024 at 10:00 a.m.</u>**

**So Ordered.**

**December 9, 2024**

**_/s/ Sean H. Lane_**
**United States Bankruptcy Judge**



Civil Court of the City of New York
111 Centre Street
New York, NY 10013
**Phone:** (646) 386-5730    **Fax:** (212) 374-8053
**Hours:** 8:30a-5:00p Monday - Friday
**Website:** https://www.nycourts.gov/courts/nyc/civil/index.shtml
**Email:** manhattancivilcourt@nycourts.gov

Hon. Carolyn Walker-Diallo
Administrative Judge

Tanya Faye
Acting Chief Clerk

---

## NOTICE

November 20, 2024

RAHUL MANCHANDA
125 PARK AVENUE
25 FLR
New York, NY 10017

MUFERA FYRUZ
         -against-
RAHUL MANCHANDA

**Index No:** CV-020129-24/NY          **Calendar No:**

**PLEASE TAKE NOTICE** that your Civil case has been scheduled to
December 12, 2024 at 9:30 AM in Part 34 - SRL Proc Motions, Room 428 for a Motion
(Confirm Arbitration Award).

**You must appear and bring this notice with you.**

Tanya Faye
Acting Chief Clerk

CC:   MUFERA FYRUZ

From: Rahul Manchanda, Esq. rdm@manchanda-law.com
Subject: **ILLEGAL AND ERRONEOUS ARBITRATION AWARD
CONFIRMATION HEARING**
Date: Dec 3, 2024 at 8:22:00 AM
To: Salvatore LaMonica sl@lhmlawfirm.com, trustee@otoolegroup.com,
Dana Kumar Dana.Walsh.Kumar@usdoj.gov, Greg Zipes
Greg.Zipes@usdoj.gov, Liza Ebanks-Holley
Liza_Ebanks@nysb.uscourts.gov, ustrustee.program@usdoj.gov,
12126682256@efaxsend.com, 12126682361@efaxsend.com,
12126682255@efaxsend.com, USTP.Region02@usdoj.gov, Law Office
Manager Sylwia Manchanda sylwia.manchanda@manchanda-law.com
Cc: 12123748053@efaxsend.com, manhattancivilcourt@nycourts.gov, FBI
IC ny1@ic.fbi.gov, newyork@fbi.gov, Criminal.Division@usdoj.gov,
mufera.fyruz@gmail.com, EMERGENCY emergency@nycourts.gov, IG
ig@nycourts.gov, MIGBM migbm@nycourts.gov, QUESTION
question@nycourts.gov, 15184863745@efaxsend.com,
15182991757@efaxsend.com, cjc@cjc.ny.gov,
investigations@ethics.ny.gov, investigations@osc.ny.gov,
ASILVERA@nycourts.gov

Chapter 7 Bankruptcy Trustee Salvatore Lamonica:

Once more, once again, I receive the attached ILLEGAL AND ERRONEOUS
ARBITRATION AWARD CONFIRMATION HEARING for former client Mufera Fyruz
from incompetent law breaking judges Carolyn Walker Diallo and her equally Acting
Chief Clerk Tanya Faye, no doubt another defective hire.

How many times have you advised these federal bankruptcy stay wilful violators to
cease and desist, close this case, and advise this stupid client that he must pursue
his frivolous fee dispute claim in the SDNY Bankruptcy Court as it is part of the 2
estates?

Why are these people not listening to you, or heeding your advice?

I am telling you one more time, that since this scheduled "court date" is upcoming
December 12, 2024 at 9:30 AM, unless I receive written acknowledgement and
proof that this ill-advised, illegal, wilful violation of the automatic bankruptcy stay
court date hearing is canceled, and the "arbitration award" is vacated (I did not
appear due to the bankruptcy stay) I will be filing YET ANOTHER MOTION FOR

CONTEMPT OF COURT against you, the Judge Carolyn Walker Diallo, her law clerk Tanya Faye, the former client Mufera Fyruz, and anyone and everyone else responsible.

Be guided accordingly.

Thanks,

Chief Judge Adam Silvera

Kind regards,

--
Rahul D. Manchanda, Esq.


Manchanda Law Office & Associates PLLC
125 Park Avenue, 25th Floor
New York, NY 10017
Tel: (212) 968-8600

Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: https://manchanda-law.com/attorney-profiles/

Ranked amongst Top Immigration Attorneys in the United States by Newsweek
Magazine in 2012 and Top Attorneys Nationwide in 2013.

Martindale Hubbell Client Champion 2017 Silver Award Winner, 2020 Gold Award
Winner, 2020 Platinum Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York State.

Best Family Lawyers and Best Immigration Lawyers in New York City in 2022 as
published on Expertise.com

U.S. News and World Report Listed Lawyer.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: https://manchanda-law.com/testimonials/

This electronic transmission is both personal and confidential, and contains privileged information intended only for the use of the individual or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination or copying of this transmission is strictly prohibited. If there are any problems with this transmission, or you have received it in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service. Attention: All foreign nationals (permanent residents and children included) are required to report any change in address within ten (10) days to the USCIS using Form AR-11. Foreign nationals must report address changes to the USCIS by completing this form and sending it to the USCIS. The form can be obtained from the USCIS website at: https://www.uscis.gov/ar-11. Please also notify our office of your new address.

Make An Online Legal Fee Payment via https://pay.paysley.com/pos_link/deFpBu7Sv5oqk1gZhB9cQi59Yj, wire transfer, check, cash, ApplePay

(6466450993)

 **ILLEGAL AND ERROENOUS ARBITRATION AWARD**
27 KB

 **NOTICE OF BANKRUPTCY CASE NO 23-22095 FILING**
95 KB



United States Bankruptcy Court

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code on 11/13/2023 at 1:15 PM and filed on 11/13/2023.

30 Wall St
FL 8
New York, NY 10005-2205
Tax ID / EIN: 45-4661951



Robert Silvermanski
30 Wall St
8th Floor, #307
New York, NY 10005
(212) 968-8000

Salvatore LaMonica
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793
(516) 826-6500

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our Internet home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, One Bowling Green, New York, NY 10004-1408.

Vito Genna
Clerk, U.S. Bankruptcy Court





Civil Court of the City of New York
111 Centre Street
New York, NY 10013
**Phone:** (646) 386-5730    **Fax:** (212) 374-8053
**Hours:** 8:30a-5:00p Monday - Friday
**Website:** https://www.nycourts.gov/courts/nyc/civil/index.shtml
**Email:** manhattancivilcourt@nycourts.gov

Hon. Carolyn Walker-Diallo
Administrative Judge

Tanya Faye
Acting Chief Clerk

---

## NOTICE

November 20, 2024

RAHUL MANCHANDA
125 PARK AVENUE
25 FLR
New York, NY 10017

**MUFERA FYRUZ**
            **-against-**
**RAHUL MANCHANDA**

**Index No:** CV-020129-24/NY          **Calendar No:**

**PLEASE TAKE NOTICE**  that your Civil case has been scheduled to
December 12, 2024 at 9:30 AM in Part 34 - SRL Proc Motions, Room 428 for a Motion
(Confirm Arbitration Award).

**You must appear and bring this notice with you.**

Tanya Faye
Acting Chief Clerk

CC:    MUFERA FYRUZ

**Civil Court of the City of New York**
**111 Centre Street**
**New York, New York 10013**



US POSTAGE PITNEY BOWES

ZIP 10013
02 4W    $ 000.69⁰
0000346906 NOV 22 2024

10017%5550 C025

From: Rahul Manchanda, Esq. rdm@manchanda-law.com
Subject: ILLEGAL AND ERRONEOUS ARBITRATION AWARD
CONFIRMATION HEARING
Date: Dec 2, 2024 at 1:04:08 PM
To: Salvatore LaMonica sl@lhmlawfirm.com
Cc: 12123748053@efaxsend.com, manhattancivilcourt@nycourts.gov, FBI
IC ny1@ic.fbi.gov, newyork@fbi.gov, Criminal.Division@usdoj.gov,
mufera.fyruz@gmail.com, EMERGENCY emergency@nycourts.gov, IG
ig@nycourts.gov, MIGBM migbm@nycourts.gov, QUESTION
question@nycourts.gov, 15184863745@efaxsend.com,
15182991757@efaxsend.com, cjc@cjc.ny.gov,
investigations@ethics.ny.gov, investigations@osc.ny.gov

Chapter 7 Bankruptcy Trustee Salvatore Lamonica:

Once more, once again, I receive the attached ILLEGAL AND ERRONEOUS
ARBITRATION AWARD CONFIRMATION HEARING for former client Mufera Fyruz
from incompetent law breaking judges Carolyn Walker Diallo and her equally Acting
Chief Clerk Tanya Faye, no doubt another defective hire.

How many times have you advised these federal bankruptcy stay wilful violators to
cease and desist, close this case, and advise this stupid client that he must pursue
his frivolous fee dispute claim in the SDNY Bankruptcy Court as it is part of the 2
estates?

Why are these people not listening to you, or heeding your advice?

I am telling you one more time, that since this scheduled "court date" is upcoming
December 12, 2024 at 9:30 AM, unless I receive written acknowledgement and
proof that this ill-advised, illegal, wilful violation of the automatic bankruptcy stay
court date hearing is canceled, and the "arbitration award" is vacated (I did not
appear due to the bankruptcy stay) I will be filing YET ANOTHER MOTION FOR
CONTEMPT OF COURT against you, the Judge Carolyn Walker Diallo, her law clerk
Tanya Faye, the former client Mufera Fyruz, and anyone and everyone else
responsible.

Be guided accordingly.

Thanks,

Kind regards,

--
Rahul D. Manchanda, Esq.


Manchanda Law Office & Associates PLLC
125 Park Avenue, 25th Floor
New York, NY 10017
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: https://manchanda-law.com/attorney-profiles/

Ranked amongst Top Immigration Attorneys in the United States by Newsweek
Magazine in 2012 and Top Attorneys Nationwide in 2013.

Martindale Hubbell Client Champion 2017 Silver Award Winner, 2020 Gold Award
Winner, 2020 Platinum Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York State.

Best Family Lawyers and Best Immigration Lawyers in New York City in 2022 as published on Expertise.com

U.S. News and World Report Listed Lawyer.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: https://manchanda-law.com/testimonials/

This electronic transmission is both personal and confidential, and contains privileged information intended only for the use of the individual or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination or copying of this transmission is strictly prohibited. If there are any problems with this transmission, or you have received it in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service. Attention: All foreign nationals (permanent residents and children included) are required to report any change in address within ten (10) days to the USCIS using Form AR-11. Foreign nationals must report address changes to the USCIS by completing this form and sending it to the USCIS. The form can be obtained from the USCIS website at: https://www.uscis.gov/ar-11. Please also notify our office of your new address.

Make An Online Legal Fee Payment via https://pay.paysley.com/pos_link/deFpBu7Sv5oqk1gZhB9cQi59Yj, wire transfer, check, cash, ApplePay (6466450993)



**ILLEGAL AND ERROENOUS
ARBITRATION AWARD**
27 KB



**NOTICE OF BANKRUPTCY
CASE NO 23-22095 FILING**
95 KB



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 11/13/2023 at 1:15 PM and filed on 11/13/2023.

Marchetti Law Office PLLC
30 Wall St
FL 8
New York, NY 10005-2205
Tax ID / EIN: 45-4661551



In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our Internet home page https://ecf.nysb.uscourts.gov or at the Clerk's Office, One Bowling Green, New York, NY 10004-1408.

Vito Genna
Clerk, U.S. Bankruptcy Court

*Bankruptcy Chapter 7 Trustee Salvatore LaMonica, Esq.*

*3305 Jerusalem Avenue*

*Wantagh, New York 11793*

*Tele. (516) 826-6500*

*Fx. (516) 826-0222*

### RE: YET AGAIN, ANOTHER JUDICIAL VIOLATION OF THE AUTOMATIC BANKRUPTCY STAY PER 111 U.S.C. § 362

Hello Bankruptcy Chapter 7 Trustee Salvatore LaMonica:

As we have discussed countless times, attached is yet another judicial violation of the Automatic Bankruptcy Stay pursuant to 111 U.S.C. § 362 (which should be left as STAYED not DISMISSED FOR NON-APPEARANCE) even though I have advised these people at the Court and Clerks Office a 100 times about our personal chapter 7 bankruptcy case no 23-22095, and law firm chapter 7 company bankruptcy case no 23-11805 as per the attached herein.

Since in our last bankruptcy court appearance, everyone was of the opinion that I do not have a "private right of action" to bring these various violators to court on a Notice of Motion for Contempt of Court, but that only you do as the Trustee, please do the needful and reach out to the people on the attached postcard court reminder relating to former client Mufera Fyruz, as well as any other relevant collections case courts cc'ed on this email clerks office, so that we do not keep getting dismissal letters, default judgments (or worse) against us for non-appearance/non-prosecution.

Thanks,

cc: NYS Office of Court Administration

Kind regards,

--
Rahul D. Manchanda, Esq.
Manchanda Law Office And Associates PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601

e-mail: rdm@manchanda-law.com
web: https://manchanda-law.com/attorney-profiles/

Ranked amongst Top Immigration Attorneys in the United States
by Newsweek Magazine in 2012 and Top Attorneys Nationwide in
2013.

Martindale Hubbell Client Champion 2017 Silver Award Winner,
2020 Gold Award Winner, 2020 Platinum Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York
State.

Best Family Lawyers and Best Immigration Lawyers in New York
City in 2022 as published on Expertise.com

U.S. News and World Report Listed Lawyer.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: https://manchanda-law.com/testimonials/

This electronic transmission is both personal and
confidential, and contains privileged information intended
only for the use of the individual or entity named above. If
the reader is not the intended recipient, you are hereby
notified that any dissemination or copying of this
transmission is strictly prohibited. If there are any problems
with this transmission, or you have received it in error,
please immediately notify us by telephone and return the
original transmission to us at the above address via the U.S.
Postal Service. Attention: All foreign nationals (permanent
residents and children included) are required to report any
change in address within ten (10) days to the USCIS using Form
AR-11. Foreign nationals must report address changes to the
USCIS by completing this form and sending it to the USCIS. The
form can be obtained from the USCIS website at: https://
www.uscis.gov/ar-11. Please also notify our office of your new
address.

Make An Online Legal Fee Payment at https://manchanda-law.com/
contact-us/

On 1/25/2024 5:02 AM, Manchanda Law Office And Associates PLLC wrote:
Bankruptcy Chapter 7 Trustee Salvatore LaMonica, Esq.
3305 Jerusalem Avenue
Wantagh, New York 11793

### RE: CONSTANT COURT CLERK VIOLATIONS OF THE AUTOMATIC BANKRUPTCY STAY PER 111 U.S.C. § 362

Hello Bankruptcy Chapter 7 Trustee Salvatore LaMonica:

As we have discussed countless times, attached is yet another court reminder violation of the Automatic Bankruptcy Stay pursuant to 111 U.S.C. § 362 even though I have advised these idiots at the Clerks Office a 100 times about our personal chapter 7 bankruptcy case no 23-22095, and law firm chapter 7 company bankruptcy case no 23-11805 as per the attached herein.

Since in our last court appearance everyone was of the opinion that I do not have a "private right of action" to bring these various imbeciles to court on a Notice of Motion for Contempt of Court, but that only you do as the Trustee, please do the needful and reach out to the idiots on the attached postcard court reminder relating to former client Saka Jojo, as well as any other relevant collections case courts cc'ed on this email clerks office, so that we do not keep getting default judgments (or worse) against us for non-appearance/non-prosecution.

Thanks,

cc: NYS Office of Court Administration

Kind regards,

--
Rahul D. Manchanda, Esq.
Manchanda Law Office And Associates PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: https://manchanda-law.com/attorney-profiles/

Ranked amongst Top Immigration Attorneys in the United States by Newsweek Magazine in 2012 and Top Attorneys Nationwide in 2013.

2020 Gold Award Winner, 2021 Platinum Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York State.

Best Family Lawyers and Best Immigration Lawyers in New York City in 2022 as published on Expertise.com

U.S. News and World Report Listed Lawyer.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: https://manchanda-law.com/testimonials/

This electronic transmission is both personal and confidential, and contains privileged information intended only for the use of the individual or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination or copying of this transmission is strictly prohibited. If there are any problems with this transmission, or you have received it in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service. Attention: All foreign nationals (permanent residents and children included) are required to report any change in address within ten (10) days to the USCIS using Form AR-11. Foreign nationals must report address changes to the USCIS by completing this form and sending it to the USCIS. The form can be obtained from the USCIS website at: https://www.uscis.gov/ar-11. Please also notify our office of your new address.

Make An Online Legal Fee Payment at https://manchanda-law.com/contact-us/

Downloading
**ERRONEOUS DISMISSAL OF CASE**
**.pdf**
65 KB

Downloading
**NOTICE OF BANKRUPTCY CASE NO**
**23-22095 FILING.pdf**
127 KB

**Downloading**

**NOTICE OF MANCHANDA LAW
OFFICE PLLC BANKRUPTCY FILING**

77 KB

From: Manchanda Law Office PLLC info@manchanda-law.com

Subject: Fwd: NOTICE OF CLAIM - Fwd: MUFERA FYRUZ ANSWER AND
COUNTERCLAIMS

Date: Jul 29, 2023 at 8:22:41 PM

To: hamiltonselectclaims@hamiltongroup.com, fi-ma@firstindemnity.net,
14412955900@efaxsend.com

Bcc: Rahul Manchanda, Esq. rdm@manchanda-law.com

---

Notice of Claim

Kind regards,

--

Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: https://manchanda-law.com/attorney-profiles/

Ranked amongst Top Immigration Attorneys in the United States by Newsweek
Magazine in 2012 and Top Attorneys Nationwide in 2013.

Martindale Hubbell Client Champion 2017 Silver Award Winner, 2020 Gold Award
Winner, 2020 Platinum Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York State.

Best Family Lawyers and Best Immigration Lawyers in New York City in 2022 as
published on Expertise.com

U.S. News and World Report Listed Lawyer.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: https://manchanda-law.com/testimonials/

This electronic transmission is both personal and confidential, and contains privileged information intended only for the use of the individual or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination or copying of this transmission is strictly prohibited. If there are any problems with this transmission, or you have received it in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service. Attention: All foreign nationals (permanent residents and children included) are required to report any change in address within ten (10) days to the USCIS using Form AR-11. Foreign nationals must report address changes to the USCIS by completing this form and sending it to the USCIS. The form can be obtained from the USCIS website at: https://www.uscis.gov/ar-11. Please also notify our office of your new address.

Make An Online Legal Fee Payment at https://manchanda-law.com/contact-us/

Begin forwarded message:

**From:** "Rahul Manchanda, Esq." <rdm@manchanda-law.com>
**Date:** July 29, 2023 at 8:10:30 PM EDT
**To:** notice@specialtyclaims.com, fi-ma@firstindemnity.net, info@firstindemnity.net, hamiltonselectclaims@hamiltongroup.com
**Subject: NOTICE OF CLAIM - Fwd: MUFERA FYRUZ ANSWER AND COUNTERCLAIMS**

Hello:

See the attached NOTICE OF CLAIM.

Thanks,

Kind regards,

--
Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: https://manchanda-law.com/attorney-profiles/

Ranked amongst Top Immigration Attorneys in the United States by Newsweek
Magazine in 2012 and Top Attorneys Nationwide in 2013.

Martindale Hubbell Client Champion 2017 Silver Award Winner, 2020 Gold Award
Winner, 2020 Platinum Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York State.

Best Family Lawyers and Best Immigration Lawyers in New York City in 2022 as published on Expertise.com

U.S. News and World Report Listed Lawyer.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: https://manchanda-law.com/testimonials/

This electronic transmission is both personal and confidential, and contains privileged information intended only for the use of the individual or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination or copying of this transmission is strictly prohibited. If there are any problems with this transmission, or you have received it in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service. Attention: All foreign nationals (permanent residents and children included) are required to report any change in address within ten (10) days to the USCIS using Form AR-11. Foreign nationals must report address changes to the USCIS by completing this form and sending it to the USCIS. The form can be obtained from the USCIS website at: https://www.uscis.gov/ar-11. Please also notify our office of your new address.

Make An Online Legal Fee Payment at https://manchanda-law.com/contact-us/

Begin forwarded message:

**From:** "RAHUL MANCHANDA, ESQ." <rdm@manchanda-law.com>
**Date:** July 29, 2023 at 7:53:05 PM EDT
**To:** Peter Gathings <peter@nyperdiemlaw.com>
**Cc:** Law Office Manager Sylwia Manchanda <sylwia.manchanda@manchanda-

law.com>, "Office Suite Manager Donna Cano, Receptionist Jasmine Juarez,
Mailroom Manager Margarita Quintana, Administrative Assistant Kerry Lavelle,
Property Owner William Lees Jr." <donna@yourwallstreetoffice.com>, "Principal
Attorney Rahul Manchanda, Esq." <rdm@manchanda-law.com>, "Associate
Attorney Gabriel Skoletsky, Esq." <gabriel.skoletsky@manchanda-law.com>, Law
Clerk Calvin Yang <calvin.yang@manchanda-law.com>, Paralegal Stefano Di
Leonardo <stefano.dileonardo@manchanda-law.com>, "Associate Attorney Richa
Bhandari, Esq." <richa.bhandari@manchanda-law.com>
**Subject: MUFERA FYRUZ ANSWER AND COUNTERCLAIMS**
**Reply-To:** rdm@manchanda-law.com

Peter Gathings:

Please schedule one of your attorneys to present the attached Bankruptcy Stay on
August 4, 2023 as an automatic stay.

Thanks,

Kind regards,

--
Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com

web: https://manchanda-law.com/attorney-profiles/

Ranked amongst Top Immigration Attorneys in the United States by Newsweek
Magazine in 2012 and Top Attorneys Nationwide in 2013.

Martindale Hubbell Client Champion 2017 Silver Award Winner, 2020 Gold Award
Winner, 2020 Platinum Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Association of American Trial Lawyers Top 100 In New York State.

Best Family Lawyers and Best Immigration Lawyers in New York City in 2022 as
published on Expertise.com

U.S. News and World Report Listed Lawyer.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: https://manchanda-law.com/testimonials/

This electronic transmission is both personal and confidential, and contains
privileged information intended only for the use of the individual or entity named
above. If the reader is not the intended recipient, you are hereby notified that any
dissemination or copying of this transmission is strictly prohibited. If there are any
problems with this transmission, or you have received it in error, please
immediately notify us by telephone and return the original transmission to us at the
above address via the U.S. Postal Service. Attention: All foreign nationals
(permanent residents and children included) are required to report any change in
address within ten (10) days to the USCIS using Form AR-11. Foreign nationals
must report address changes to the USCIS by completing this form and sending it

to the USCIS. The form can be obtained from the USCIS website at: https://www.uscis.gov/ar-11. Please also notify our office of your new address.

Make An Online Legal Fee Payment at https://manchanda-law.com/contact-us/

 **MUFERA FYRUZ ANSWER AND COUNTERCLAIM.pdf**
195 KB

 **SUMMONS AND COMPLAINT AGAINST MUFERA FYRUZ**
389 KB

# DHS OIG Hotline Complaint Form

You have successfully submitted your complaint to the DHS OIG. For reference purposes, you have been assigned Reference Number:

## HLCN1733271656125

Please retain this number for your records.

We will review your complaint and contact you if more information is needed. This receipt is not an indication your complaint will be investigated by the DHS OIG or any other applicable investigating body.

Thank you for contacting the DHS OIG with your concerns.

Click here to return to the DHS OIG home page: http://www.oig.dhs.gov/ (http://www.oig.dhs.gov/).

# New York State Division of Human Rights Complaint Form

## Individual filing the complaint

**Please provide the information requested below.**

### First Name

Rahul

### Middle Intial

D

### Last Name

Manchanda

### Street Address

270 Victory Boulevard

### City

New Rochelle

### State

NY

### Zip

10804

### Are you completing this form for someone else?

No

## Your complaint

### Jurisdiction

Boycotting/Blacklisting

## Basis

**Basis of alleged discrimination involving boycott or blacklisting:**

**Creed/Religion** (religious membership, belief, practice, or observance, including sabbath or holy day observance, or wearing of attire, clothing or facial hair in accordance with your religion; or discrimination because you do not have a religious belief)
**Familial Status** (if you are pregnant, have a child, or are in the process of obtaining custody of a child, or have a child or children under age 18 in your household)
**Gender Identity or Expression** (actual or perceived gender-related identity, appearance, behavior, expression, or other gender-related characteristic regardless of the sex assigned to that person at birth, including, but not limited to, the status of being transgender; complaints involving the need for accommodation of gender dysphoria or other related medical condition can also be filed under disability)
**National Origin** (the country where you or your ancestors were born)
**Race/Color** (because you are Asian, Black, White, etc.; includes ethnicity; includes traits historically associated with race such as hair texture or hairstyle)
**Sex** (because of your gender, includes sexual stereotyping, sexual harassment, pregnancy)
**Sexual Orientation** (heterosexual, homosexual, bisexual, asexual, whether actual or perceived)
**Victim of Domestic Violence** (you or your child was a victim of domestic violence)
**Relationship or Association** (with a member or members of a protected category(ies) listed above)

**Please specify creed/religion:**

INDIAN AMERICAN REPUBLICAN CHRISTIAN CONSERVATIVE MALE

**Please specify the protected category of the person you were associated with:**

INDIAN AMERICAN REPUBLICAN CHRISTIAN CONSERVATIVE MALE

**Please specify sexual orientation:**

INDIAN AMERICAN REPUBLICAN CHRISTIAN CONSERVATIVE MALE

**Please specify sex:**

INDIAN AMERICAN REPUBLICAN CHRISTIAN CONSERVATIVE MALE

**Please specify race/color:**

INDIAN AMERICAN REPUBLICAN CHRISTIAN CONSERVATIVE MALE

**Please specify national origin:**

INDIAN AMERICAN REPUBLICAN CHRISTIAN CONSERVATIVE MALE

**Please specify gender:**

INDIAN AMERICAN REPUBLICAN CHRISTIAN CONSERVATIVE MALE

## You are filing a complaint against

**Entity that discriminated against you:**

**Name of entity**

Judge Carolyn Walker-Diallo

**Street Address**

111 Centre Street

**City**

New York

**State**

NY

**Zip**

10013

**In what county or borough did the violation take place?**

New York Lower (Below 42nd Street)

**Phone Number**

6463865730

**Email address**

manhattancivilcourts@nycourts.gov

**Fax Number**

2123748053

**Company Website**

nycourts.gov

**Date of the most recent act of alleged discrimination**

11/20/2024

## Description of discrimination

**Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and other details. You must explain why you think these acts were discriminatory and how these acts are connected to the protected class (race, color, sex, disability, etc.) you selected previously.
If you have supporting documentation or evidence, you may provide it later.**

Once more, once again, I receive the attached ILLEGAL AND ERRONEOUS ARBITRATION AWARD CONFIRMATION HEARING for former client Mufera Fyruz from incompetent law breaking judges Carolyn Walker Diallo and her equally Acting Chief Clerk Tanya Faye, no doubt another defective hire.

How many times have we advised these federal bankruptcy stay wilful violators to cease and desist, close this case, and advise this stupid client that he must pursue his frivolous fee dispute claim in the SDNY Bankruptcy Court as it is part of the 2 estates?

Why are these people not listening to us, or heeding our advice?

Since this scheduled "court date" is upcoming December 12, 2024 at 9:30 AM, unless I receive written acknowledgement and proof that this ill-advised, illegal, wilful violation of the automatic bankruptcy stay court date hearing is canceled, and the "arbitration award" is vacated (I did not appear due to the bankruptcy stay) I will be filing YET ANOTHER MOTION FOR CONTEMPT OF COURT against Judge Carolyn Walker Diallo, her law clerk Tanya Faye, the former client Mufera Fyruz, and anyone and everyone else responsible.

Be guided accordingly.

## Declaration

**Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.**

**I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice. (If you have another action pending and still wish to file, please contact our office to discuss.)**

**Please initial:**

RDM

**I affirm under penalties of perjury, that I am the complainant herein; that I have read (or had read to me) the foregoing complaint and know the content thereof; that the same is true of my own knowledge except as to the matters therein stated on information and belief; and that as to those matters, I believe the same to be true.**

Rahul Manchanda

**Enter today's date.**

12/03/2024

## Additional information

**Your contact information**

**Email Address**

rahul.manchanda.new.york@gmail.com

**Phone Number**

6466450993

**Mobile Phone**

## Special needs

**I am in need of:**

I do not need any special accommodations

## Settlement/Conciliation

**To settle this complaint, I would accept:**

Imprisonment or termination of employment of Administrative Judge Carolyn Walker-Diallo and her Acting Chief Clerk Tanya Faye.

## Prior complaint

**Did you report or complain about the discrimination to someone else?**

No

**Please explain why you did not complain:**

Not yet

## Other information

**Supporting Documentation**

ILLEGAL_AND_ERROENOUS_ARBITRATION_AWARD_CONFIRMATION_HEARING.pdf

**Please provide the name, last name, email address, and title of individual people who discriminated against you.**

Judge Carolyn Walker-Diallo, Acting Chief Clerk Tanya Faye

**Were other people treated the same as you? How?**

Indian American Republican Conservative Christian Males

**Were other people treated better than you? How?**

Blacks, Jews, Muslims, Women

Thank you for submitting a report to the Civil Rights Division

**Subject:** Thank you for submitting a report to the Civil Rights Division
**From:** DOJ Civil Rights - Do Not Reply <civilrightsdonotreply@mail.civilrights.usdoj.gov>
**Date:** 12/3/2024, 7:12 PM
**To:** rahul.manchanda.new.york@gmail.com

**U.S. Department of Justice**
# Civil Rights Division

| civilrights.justice.gov

*Please do not reply to this email. This is an unmonitored account.*

Thank you for submitting a report to the Civil Rights Division. Please save your record number for tracking. Your record number is: **543038-MXZ**.

If you reported an incident where you or someone else has experienced or is still experiencing physical harm or violence, or are in immediate danger, please call 911 and contact the police.

## What to Expect
—

### 1. We review your report

Our specialists in the Civil Rights Division carefully read every report to identify civil rights violations, spot trends, and determine if we have authority to help with your report.

### 2. Our specialists determine the next steps

We may decide to:

- Open an investigation or take some other action within the legal authority of the Justice Department.
- Collect more information before we can look into your report.
- Recommend another government agency that can properly look into your report. If so, we'll let you know.

12/4/2024, 6:12 AM

In some cases, we may determine that we don't have legal authority to handle your report and will recommend that you seek help from a private lawyer or local legal aid organization.

## 3. When possible, we will follow up with you

We do our best to let you know about the outcome of our review. However, we may not always be able to provide you with updates because:

- We're actively working on an investigation or case related to your report.
- We're receiving and actively reviewing many requests at the same time.

If we are able to respond, we will contact you using the contact information you provided in this report. Depending on the type of report, response times can vary. If you need to reach us about your report, please refer to your report number when contacting us. This is how we keep track of your submission.

## What You Can Do Next
—

## 1. Contact local legal aid organizations or a lawyer if you haven't already.

Legal aid offices or members of lawyer associations in your state may be able to help you with your issue.

- American Bar Association, visit the www.americanbar.org/groups/legal_services/flh-home or call (800) 285-2221
- Legal Services Corporation (or Legal Aid Offices),to help you find a legal aid lawyer in your area visit www.lsc.gov/find-legal-aid

## 2. Learn More

Visit civilrights.justice.gov to learn more about your rights and see examples of violations we handle.

_____

*Please Note: Each week, we receive hundreds of reports of potential violations. We collect and analyze this information to help us select cases, and we may use this information as evidence in an existing case. We will review your letter to decide whether it is necessary to contact you for additional information. We do not have the resources to follow-up on every letter.*

## Contact

civilrights.justice.gov

 U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

 (202) 514-3847
1-855-856-1247 (toll-free)
Telephone Device for the Deaf
(TTY) (202) 514-0716