KATHY HOCHUL
Governor

ADRIENNE A. HARRIS
Superintendent

March 5, 2025

**By ECF**

The Honorable Sean H. Lane
United States Bankruptcy Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *In re Manchanda*, No. 23-22095, 23-11085 (SHL)

Dear Judge Lane:

    I write on behalf of the New York State Department of Financial Services ("DFS"), which regulates the insurance industry in New York. On or about February 15, 2025, Debtors filed a Notice of Motion for Contempt of Court against DFS and various others, alleging willful violations of the automatic stay pursuant to 111 U.S.C. § 362 (Dkt No. 186) (the "Motion"), returnable March 17, 2025. Annexed to the Motion are the affirmation of Rahul Manchanda and a Memorandum of Law and exhibits. DFS is not otherwise involved in the above-referenced proceedings. To date, the Court has not set a hearing date for this motion.

    Respectfully, DFS writes to inform the Court that Debtors have not alleged any plausible basis whatsoever upon which a claim for violating the automatic stay by DFS could be based. Debtors' sole allegation relating to DFS appears to be that *Debtors* filed a complaint in January 2025 with DFS against their malpractice insurer, disputing the insurer's alleged denial of coverage regarding a certain incident. *See* Dkt No. 186 at pp. 32-35. Debtors offer no detailed allegations, statutes or cases to support that filing their own complaint with DFS against an insurer constitutes a violation of the automatic stay by DFS, or that any act by DFS in processing the complaint would constitute a violation of the automatic stay.

    Should a more formal opposition to the Motion be ordered, DFS will promptly comply with the Court's order.

I thank the Court for its consideration of this submission.

Respectfully,

*/s/ Peter C. Dean*
PETER C. DEAN
General Counsel
NYS Department of Financial Services
1 State Street
New York, NY 10004
(212) 480-5278
Peter.Dean@dfs.ny.gov

cc: by ECF, Certified Mail, and Email

Rahul Dev Manchanda (*pro se*)
270 Victory Blvd.
New Rochelle, NY 10804
rdm@manchanda-realestate.com